**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**


UNITED STATES OF AMERICA

      Plaintiff,

v.                                       CASE NO:  2:08-cv-309-FtM-UA-SPC

BARRY E. HARRIS,

      Defendant.

                                              /


## **O R D E R**

Pending before the Court is Plaintiff's motion for summary judgment and memorandum

of law, which is supported by the declaration of Barry M. Blum, filed February 12, 2009.

Defendant, who is proceeding *pro se*, has failed to file a response despite this Court's previous

admonition to him that his failure to file a brief or legal memorandum in opposition to a motion

within ten days after being served would result in the Court assuming that he does not oppose the

motion and the relief Plaintiff requests.[1]

Despite Defendant's failure to respond to Plaintiff's motion for summary judgment, and

in recognition of his *pro se* status, the Court has carefully reviewed Plaintiff's complaint found at

docket 1, Defendant's answer found at docket 15, and Plaintiff's motion for summary judgment

found at docket 20.  After doing so, the Court finds that there is no genuine dispute with regard

to the material facts that Defendant incurred obligations under the notes identified as Composite

---

[1]   See Order entered May 13, 2008, at docket 12.

Exhibit A to Mr. Blum's declaration and that he is indebted to the United States for these obligations (student loans) in the total amount of $51,782.37, which includes $22,420.00 in principal and $29,362.37 in interest at the rate of 13.375%. Consequently, Plaintiff is entitled to judgment as a matter of law.

Accordingly, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Summary Judgment (Dkt. 20) is granted.

2) The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the total sum of $51,782.37 which shall bear post judgment interest at the legal rate until paid in full plus the costs of this action.

3) The Clerk is further directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on March 5, 2009.


    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel/Parties of Record
Defendant, pro se